■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOAQUIN PENA, JR., Appellant, v MARTIN LEVY, as Warden, Respondent. —Judgment, Supreme Court, Bronx County (Burton Hecht, J.), entered July 6, 1990, dismissing appellant's writ of habeas corpus, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur —Carro, J. P., Wallach, Ross, Smith and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL FLEARY, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on February 9, 1989, convicting defendant, upon a plea of guilty of two counts of attempted robbery in the first degree and sentencing defendant to concurrent indeterminate terms of imprisonment of from 9 years to life, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Milonas, J. P., Ellerin, Kupferman and Asch, JJ.